# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH LEE,<br>　　　　Petitioner,<br>　v.<br>DEBBIE ASUNCION,<br>　　　　Respondent. | CASE NO. 5:15-CV-02659-MWF (SK)<br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: January 22, 2018

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE